# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| United States of America <br> v. <br> ALVYN AICHINGER <br><br> Date of Original Judgment: 10/27/2022 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | Case No: 3:21-CR-00060 <br> USM No: 18708-075 <br><br> MICHAEL C. HOLLEY <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 125 months **is reduced to** 120 months.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 10/27/2022 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04/24/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

William L. Campbell, Jr., Chief United States District Judge
*Printed name and title*